THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SARAH PAQUETTE,<br><br>        Plaintiff,<br><br>   v.<br><br>FRED AND DEBBIE, INC., *et al.*,<br><br>        Defendants. | CASE NO. C16-1927-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue the status conference pending mediation (Dkt. No. 13). The Court, finding good cause, GRANTS the motion. The status conference is continued to April 25, 2017, at 9 a.m.

DATED this 4th day of April 2017.

        William M. McCool
        Clerk of Court

        s/Paula McNabb
        Deputy Clerk